Case 1:05-cr-00126-RMU   Document 1   Filed 04/08/05   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. |
| v. ) | |
| ) | Violation: |
| PATRICIA RAIKES ) | 18 U.S.C. §§ 209(a) and 216(a)(2) |
| ) | (Conflict of Interest) |

## INFORMATION

The United States of America charges as follows:

From on or about November 1999 through on or about January 2001, in the District of Columbia and elsewhere, the defendant, PATRICIA RAIKES, while employed within the executive branch of the United States Government, did willfully receive contributions to and supplementations of her salary as compensation for her services as an officer and employee of the executive branch of the United States Government from sources other than the Government of the United States, to wit: PATRICIA RAIKES, while employed by the United States Department of State, did willfully accept and receive round-trip airfare and hotel accommodations for herself and her family members worth approximately $11,900, from non-governmental sources who sought and obtained from defendant Raikes approval on pending visa applications.

In violation of Title 18, United States Code, Sections 209(a) and 216(a)(2).

                NOEL HILLMAN
                Chief, Public Integrity Section

By: _____
       PETER R. ZEIDENBERG
       Trial Attorney
       Public Integrity Section
       U.S. Department of Justice,
        Criminal Division
       10th and Constitution Ave., N.W.
       Washington, D.C. 20530
       (202) 514-1412